JEFFREY BUCKHOLTZ
Acting Assistant Attorney General

McGREGOR W. SCOTT
United States Attorney
CATHERINE J. SWANN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2762

JOYCE R. BRANDA
PATRICIA R. DAVIS
MICHAL TINGLE
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-1381

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. [UNDER SEAL],<br><br>      Plaintiff,<br><br>      v.<br><br>[UNDER SEAL]<br><br>      Defendants. | CIV-S-03-0342 FCD GGH<br><br>**ORDER**<br><br>**FILED UNDER SEAL** |

FILED
JAN 22 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LODGED
JAN 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
 1  JEFFREY S. BUCHOLTZ
    Acting Assistant Attorney General
 2
    McGREGOR W. SCOTT
 3  United States Attorney
    CATHERINE J. SWANN
 4  Assistant United States Attorney
    501 I Street, 10th Floor
 5  Sacramento, California 95814
    Telephone:  (916) 554-2762
 6  Fax: (916) 554-2900

 7  JOYCE R. BRANDA
    PATRICIA R. DAVIS
 8  MICHAL TINGLE
    Department of Justice
 9  Civil Division
    Commercial Litigation Branch
10  P. O. Box 261
    Benjamin Franklin Station
11  Washington, D.C.  20044
    Telephone: (202) 307-1381
12
    Attorneys for the United States of America
13
```

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA ex rel. DAVID T. READ,<br><br>  Plaintiff,<br><br>  v.<br><br>SHASTA COMMUNITY HEALTH CENTER AND CONSTANTINE DEAN GERMANO,<br><br>  Defendants. | CIV.S-03-0342 FCD GGH<br><br><br><br><br><br><br><br><br><br><br><br>**FILED UNDER SEAL** |

## ORDER

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that Relator's First Amended Complaint, the

1  United States' Notice of Intervention, California's Notice of
2  Intervention, and this Order, be unsealed;
3      IT IS FURTHER ORDERED that all other previously filed
4  contents of the Court's file in this action remain under seal and
5  not be made public, or served upon the defendants.
6      IT IS FURTHER ORDERED that the seal shall be lifted on all
7  matters occurring in this action after the date of this Order.
8      IT IS SO ORDERED.

11  DATED: 1/18/08

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

That on January 18, 2008, she served a copy of **ORDER** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) listed below, which is/are the last known address(es), and by depositing said envelope in the United States mail at Sacramento, California, or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY U. S. MAIL                    SERVED BY INTER-OFFICE DELIVERY

GAIL KILLEFER, Esq.
417 Montgomery Street, Suite 300
San Francisco, CA 94104

BRIAN V. FRANKEL
Supervising Deputy Attorney General
CA Department of Justice
Bureau of Medi-Cal Fraud
and Elder Abuse
P.O. Box 85266
San Diego, CA 92186-5266

_____
Deb Duckett