1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARK ZAHNER
   Chief Prosecutor
3  State Bar No. 137732
   BRIAN V. FRANKEL
4  Supervising Deputy Attorney General
   State Bar No. 116802
5    1455 Frazee Road, Suite 315
     San Diego, CA 92108
6   Telephone:  (619) 688-6065
     Fax:           (619) 688-4200
7   Attorneys for STATE OF CALIFORNIA

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. DAVID T. READ,<br><br>Plaintiffs,<br><br>v.<br><br>SHASTA COMMUNITY HEALTH CENTER, and CONSTANTINE DEAN GERMANO,<br><br>Defendants. | CIV-S-03-0342 FCD GGH<br><br>STATE OF CALIFORNIA'S STIPULATION AND ORDER FOR DISMISSAL |

20                              **STIPULATION**

21     WHEREAS, the State of California, defendants, and relator have entered into a settlement

22  agreement which resolves the claims brought on behalf of the State of California (a copy of the

23  fully executed settlement agreement is attached hereto as Exhibit 1);

24     WHEREAS, the claims brought on behalf of the United States were also resolved by the

25  aforementioned settlement agreement;

26     WHEREAS, the United States will be filing a separate pleading addressing the dismissal of

27  the claims brought on behalf of the United States;

28     WHEREAS, the issue of what documents within the Court's file should be unsealed or

STATE OF CALIFORNIA'S STIPULATION AND ORDER FOR DISMISSAL
1

should remain under seal has already been addressed by the Court's Order signed on 1/18/08 and filed on 1/22/08;

WHEREAS, no answer or other responsive pleading has been filed in this action by the defendants;

IT IS HEREBY STIPULATED AND AGREED by the State of California and relator David Tucker Read, through their respective counsel of record:

1. Pursuant to Fed. R. Civ. P., Rule 41(a)(1):

   a. the entire action shall be dismissed with prejudice as to the relator; and

   b. as to the State of California, the action shall be dismissed with prejudice as to the "State Covered Conduct" as defined in Exhibit No. 1, and without prejudice as to all other claims brought on behalf of the State of California.

2. This Court shall retain jurisdiction to enforce the terms of the aforementioned settlement agreement.

                                                 EDMUND G. BROWN JR.
                                                 Attorney General of the State of California

Dated: 2/4/08                              /s/ Brian V. Frankel
                                              By: BRIAN V. FRANKEL
                                                 Supervising Deputy Attorney General
                                                 Attorneys for the State of California

                                                 /s/ Gail Killefer
Dated: 2/4/08                              By: GAIL KILLEFER, ESQ.
                                                 Attorney for Relator DAVID TUCKER READ
                                                 [original signature retained by counsel]

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. This entire action is dismissed with prejudice as to the relator.

2. As to the State of California, the action is dismissed with prejudice as to the "State Covered Conduct" as defined in Exhibit No. 1 to the Stipulation, and without prejudice as to all other claims brought on behalf of the State of California.

3. This Court shall retain jurisdiction to enforce the terms of the aforementioned settlement agreement.

Dated: February 12, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE