JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

JOYCE R. BRANDA
PATRICIA R. DAVIS
MICHAL TINGLE
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-1381

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA ex rel. DAVID T. READ, <br><br> Plaintiff, <br><br> v. <br><br> SHASTA COMMUNITY HEALTH CENTER AND CONSTANTINE DEAN GERMANO, <br><br> Defendants. | CIV.S-03-0342 FCD GGH <br><br> ORDER OF DISMISSAL |

Upon consideration of the Stipulation of Dismissal of Relator's First Amended Complaint, filed by the United States and Relator, it is hereby

ORDERED that the First Amended Complaint is dismissed. Pursuant to and consistent with the terms of the Settlement Agreement between the United States, California, Relator, and Defendants, effective January 18, 2008 (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to the Relator; with prejudice to the United States to the extent of the Federal Covered Conduct, as that term is defined in the Settlement Agreement, and otherwise without prejudice to the United States.

IT IS SO ORDERED.

DATED: February 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE